1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11   JAMES E. CARTER,                    Case No.:  20-CV-1203 JLS (JLB)

12                          Plaintiff,
                                         **ORDER GRANTING JOINT**
13   v.                                  **MOTION FOR DISMISSAL**
                                         **WITHOUT PREJUDICE**
14   MIDLAND CREDIT MANAGEMENT,
     INC.,
15                                       (ECF No. 13)

16                          Defendant.

17          Presently before the Court is the Parties' Joint Motion for Dismissal Without

18   Prejudice ("Jt. Mot.," ECF No. 13).  Good cause appearing, the Court **GRANTS** the Joint

19   Motion and **DISMISSES** the above-captioned action **WITHOUT PREJUDICE**.  After

20   sixty (60) days, if neither Party seeks to reinstate, the dismissal shall become with

21   prejudice.  As stipulated by and among the Parties, each Party shall bear its own costs and

22   attorneys' fees. The Clerk of the Court **SHALL CLOSE** the file.

23          **IT IS SO ORDERED.**

24   Dated:  January 29, 2021

25                                       Hon. Janis L. Sammartino
                                         United States District Judge
26

27

28

1